Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| LUIS E. RAMOS RODRÍGUEZ<br><br>Recurrido<br><br>v.<br><br>CAGUAS EXPRESSWAY MOTORS, INC., FORD MOTOR COMPANY CORP., Y OTROS<br><br>Peticionario | KLCE202400459 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Caguas<br><br>Caso Núm. PO2023CV02493<br><br>Sobre: Daños |

Panel integrado por su presidente el Juez Bermúdez Torres, el Juez Adames Soto y la Juez Aldebol Mora

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 14 de mayo de 2024.

Considerada la *Solicitud de Certiorari,* presentada por la parte peticionaria, Ford Motor Company, Inc., el 24 de abril de 2024, *denegamos* su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1[1].

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dispone en lo aquí pertinente:
   **Al denegar la expedición de un recurso de certiorari en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.**

Número Identificador

RES2024_____